11    265
12    489

PATRICK J. GRANT, PLAINTIFF IN ERROR, v. ALONZO D.
MARSHALL, DEFENDANT IN ERROR.

Forcible Entry and Detainer: VERDICT. In an action of
forcible entry and detainer, where the only errors assigned are
that the judgment is against the weight of evidence, it will not
be reversed, unless it is clearly wrong.

ERROR from the district court for Lancaster county.
Tried below before POUND, J.

*Galey & Abbott,* for plaintiff in error.

*A. J. Sawyer,* for defendant in error.

MAXWELL, CH. J.

This is an action of forcible entry and detainer.
On the trial of the cause before the justice of the
peace, judgment was rendered in favor of the defend-
ant in error, which was affirmed in the district court.
The errors assigned in this court are, in substance, that
the judgment is against the weight of evidence.

It appears from the bill of exceptions, that the plaintiff in error occupied certain premises belonging to the defendant in the city of Lincoln, as a saloon, under a lease which expired on the 1st day of May, 1880; that the defendant requested the plaintiff to lease the premises for another year, which he promised, but it is claimed failed to do, but did lease the same for one month, being a lease for a few days after the expiration of his license. The question in dispute is whether the renewed lease was for one month or one year. Upon this question the testimony is conflicting; that of the plaintiff being that the lease was for one year, and the defendant testifying that the lease was for one month. Where the only ground of objection is that the verdict or judgment is against the weight of evidence, the rule is well settled in this court, that if the verdict or judgment is not clearly wrong, it will not be disturbed. In our opinion, the judgment is sustained by a preponderance of the testimony, and is affirmed.

JUDGMENT AFFIRMED.